UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUG ORANGE,<br><br>    Plaintiff,<br><br>v.<br><br>SCHENLEY GARDENS,<br><br>    Defendant. | Case No. 2:16-cv-00106-NBF<br><br>JURY TRIAL DEMANDED |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby stipulates to the dismissal of this matter, with prejudice, so that the parties may participate in Defendant's mandatory arbitration program, to which Plaintiff agreed as a condition of employment with Defendant.

Dated: February 12, 2016

Respectfully submitted,

s/ Christi Wallace
Christi Wallace
cw@lawkm.com
KRAEMER MANES & ASSOCIATES LLC
US Steel Tower
600 Grant Street, Suite 660
Pittsburgh, PA 15219
Phone: (412) 722-9700
Facsimile: (412) 206-0834

SO ORDERED:

_____
Honorable Nora Barry Fischer